# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Chase Manhattan Mortgage Corp; Citibank, N.A.,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                              3:07cv315

Jimmy D. Phillips, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/2/07 Order.

Signed: October 2, 2007

Frank G. Johns, Clerk
United States District Court